VINCENT ROSENBALM E-filing                    3/14/08

2100 NAPA VALLEJO HIGHWAY

NAPA, CALIFORNIA 94558

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA }

        V                    } CRIMINAL COMPLAINT

THOMAS ALLMAN        CV 08    1835

MENDOCINO COUNTY JAIL

589-A LOW GAP ROAD                    (PR)

                                        SI

UKIAH, CALIFORNIA 95482 } DEMAND FOR JURY TRIAL

1) I, THE UNDERSIGNED COMPLAINANT STATE THAT

THE FOLLOWING IS TRUE AND CORRECT TO

THE BEST OF MY KNOWLEDGE. ON OR ABOUT

OCTOBER 27, 2006 IN MENDOCINO COUNTY

IN THE NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S) DID DENY ME A TOOTHBRUSH

WHILE IN CUSTODY AND THIS IS CRUEL

AND UNUSAL PUNISHMENT IN VIOLATION

OF THE 8TH AMENDMENT OF THE U.S.

CONSTITUTION. A TOOTH WAS LATE KNOCK-

ED OUT. I ASK THE COURT TO RELEASE

ME FROM ILLEGAL CUSTODY AND A GRANT SUMMARY

JUDGMENT OF $50,000.00 FOR MY TOOTH!

                        Vincent Rosenbalm

                        3/14/08