E-filing

PROOF OF MAIL DELIVERY        3/14/08

I am Vincent Rosenbalm an American citizen over 89 years of age

On 3/16/08 I served the within
1) criminal complaint 3 copies
2) Miscellaneous Financial Attachments

By placing a sealed envelope in the Napa State Hospital mail

Addressed
   COURT CLERK: RICHARD WIEKING
   U.S. DISTRICT COURT
   450 GOLDEN GATE AVE
   SAN FRANCISCO, CA 94102

From
   Vincent Rosenbalm
   2100 Napa Vallejo Highway
   Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge

Vincent Rosenbalm
3/14/08



VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY Units 16
NAPA, CA 94558

LEGAL MAIL

Court Clerk: RICHARD W. WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102