FILED

03 APR 18 FM 1:37

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9

10 United States of America

11 Plaintiff,

12 vs.

13 THOMAS ALLMAN
MENDOCINO COUNTY JAIL
14 Defendant.

15

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

16 I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22       In support of this application, I provide the following information:

23 1.    Are you presently employed? Yes ✓ No ___

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: Approx $20 week     Net: Approx $20 week

27 Employer: NAPA State Hospital

28     2100 NAPA VALLEJO Highway  NAPA, CA 94558

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or                    Yes ✔ No ___

10            self employment

11        b.    Income from stocks, bonds,                Yes ___ No ✔

12            or royalties?

13        c.    Rent payments?                            Yes ___ No ✔

14        d.    Pensions, annuities, or                   Yes ___ No ✔

15            life insurance payments?

16        e.    Federal or State welfare payments,        Yes ✔ No ___

17            Social Security or other govern-

18            ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    Hospital Welfare 12⁵⁰ month

22    3²⁵ Aruthor House Book Sale

23    3.    Are you married?                              Yes ___ No ✔

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____   Net $_____

28    4.    a.    List amount you contribute to your spouse's support:$ _____

ALL ESTiMATES

1     b.    List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support.  (NOTE:

3            For minor children, list only their initials and ages.  DO NOT INCLUDE

4            THEIR NAMES.).

5               JDR (17)

6           None at present

7     5.    Do you own or are you buying a home?      Yes ____  No ✓

8    Estimated Market Value: $_____  Amount of Mortgage: $_____

9     6.    Do you own an automobile?  (2)      Yes ✓  No ____

10   Make __SUBARU__  Year __92, 93__  Model __Legacy__

11   Is it financed? Yes _____ No __✓__ If so, Total due: $_____

12   Monthly Payment: $ ____Ø____

13   7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ✓ No ____  Amount: $ __$ 20.°°__

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ✓ No ____

20   __PersoNAL PROPerty__

21   8.    What are your monthly expenses?

22   Rent: $ _____  Utilities: _____

23   Food: $ _____  Clothing: _____

24   Charge Accounts:

25   Name of Account    Monthly Payment    Total Owed on This Acct.

26   _____  $ _____  $ _____

27   _____  $ _____  $ _____

28   _____  $ _____  $ _____

*Estimates*

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

School Loans         Approx $ 5-10,000.00

Credit Card Debt      Approx $5-10,000.00

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___  No ___   Not Sure ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NOT SURE

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/14/08

Vincent Rosenbalm

DATE                              SIGNATURE OF APPLICANT

1

2                                        Case Number: _____

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                     **IN**

10                         **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
                [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____        _____
                                          [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

- 5 -

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number_____.

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. ___✔___ the In Forma Pauperis Application you submitted is insufficient because:

_____✔_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

ROSENBACH



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

APR 16 2008 PM 12615

# BUSINESS REPLY MAIL

**FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC**

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680